IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY PERRY,
ADC #96905                                                                                    PLAINTIFF

v.                              5:09CV00309 BSM-HLJ

V. MILLER, et al.                                                                             DEFENDANTS

## ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, plaintiff Barbara Saint John and defendant Correctional Medical Services, Inc., are DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 2nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE